No. 73–1524. HALLMARK INDUSTRY *v.* REYNOLDS METALS CO. ET AL. C. A. 9th Cir. Certiorari denied.

No. 73–1528. NEWMAN *v.* SOUTH CAROLINA. Sup. Ct. S. C. Certiorari denied.

No. 73–1529. GENERAL TIRE & RUBBER CO. *v.* FIRESTONE TIRE & RUBBER CO. C. A. 6th Cir. Certiorari denied.

No. 73–1532. GEILER, JUDGE *v.* COMMISSION ON JUDICIAL QUALIFICATIONS. Sup. Ct. Cal. Certiorari denied.

No. 73–1534. HARRIS *v.* NEW YORK. County Ct. Broome County, N. Y. Certiorari denied.

No. 73–1535. TROLL, EXECUTOR *v.* BORUT. C. A. 2d Cir. Certiorari denied.

No. 73–1537. KING *v.* SHELBY RURAL ELECTRIC COOPERATIVE CORP. Ct. App. Ky. Certiorari denied.

No. 73–1539. ART NEON CO. ET AL. *v.* CITY AND COUNTY OF DENVER ET AL. C. A. 10th Cir. Certiorari denied.

No. 73–1542. VESCO & CO., INC. *v.* INTERNATIONAL CONTROLS CORP. C. A. 2d Cir. Certiorari denied.

No. 73–1545. STATE BOARD OF EDUCATION OF OHIO ET AL. *v.* AKRON BOARD OF EDUCATION ET AL. C. A. 6th Cir. Certiorari denied.